UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>1902 PENN AVENUE, SUNNYSIDE, WASHINGTON, TOGETHER WILL ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,<br><br>              Defendant. | NO. CV-07-3089-EFS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING FILE** |

This matter comes before the Court on the United States Attorney's Office's (USAO) Motion to Dismiss Civil Forfeiture Complaint, ECF No. 119. The USAO asks the Court to dismiss this matter with prejudice and without an award of costs or attorney's fees to either party.[1] Having reviewed the USAO's submission, the record in this matter, and applicable authority, the Court is fully informed and finds good cause to grant the USAO's motion.

---

[1] The USAO requests that this action be dismissed pursuant to Federal Rule of Criminal Procedure 41(a)(1)(A)(ii), but that provision only authorizes dismissal without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the Court construes the USAO's motion as a Rule 41(a)(2) motion for dismissal by court order.

ORDER ~ 1

There are a number of motions pending in this matter: The USAO's Motion for Summary Judgment, ECF No. 36; Mr. Chiprez's Motion to Assign Interpreter and Return Property, ECF No. 111; and Mr. Chiprez's Motion titled "Restitution," ECF No. 114. Because the Court grants the USAO's motion to dismiss, the USAO's motion for summary judgment is denied as moot. For the same reason, the Court denies Mr. Chiprez's motions as moot. To the extent Mr. Chiprez's motions can be construed as counterclaims, the Court finds them to be without basis and dismisses those counterclaims as well. Finally, to the extent that Mr. Chiprez's motion seeks return of personal property, the Court finds that it lacks *in rem* jurisdiction over these items because they are not defendants in this action.

Accordingly,, **IT IS HEREBY ORDERED:**

1. The USAO's Motion to Dismiss Civil Forfeiture Complaint, **ECF No. 119**, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without an award of costs or attorney's fees to either party. Nothing in this Order prevents Plaintiff's former counsel Mr. Egan from submitting a CJA voucher for his services.

3. **Judgment** shall be **ENTERED** in Defendant's favor.

4. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the USAO and Mr. Chiprez.

**DATED** this ___27th___ day of March 2012.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2007\3089.dismiss.lc2.wpd

ORDER ~ 2