AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

                    Plaintiff,

                    v.

1902 PENN AVENUE, SUNNYSIDE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON,

                    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-3089-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in Plaintiff's favor pursuant to the Order Dismissing Case With Prejudice And Closing File entered on March 27, 2012, ECF No. 127.

| | |
|---|---|
| March 27, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |